JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-5979-VBF(FFMx)**                           Dated: **February 9, 2011**

Title:    Circuito Cerrado, Inc. -v- Leticia Castro

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

     Joseph Remigio                              None Present
     Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

     None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**         **COURT ORDER DISMISSING ACTION**


    Before the Court is Plaintiff's Notice Of Voluntary Dismissal (dkt. 6). In light of the Notice, the Court hereby DISMISSES this action in its entirety.

    All future dates are vacated and this matter is closed.


MINUTES FORM 90                         Initials of Deputy Clerk    jre
CIVIL - GEN